IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE BEGAY, Individually, as Personal
Representative of the Estate of RANDY R. TYLER
and as Next Friend of RAEISHA TYLER; CHARLITA
WASHBURN; HENRIETTA LEE a/k/a HENRIETTA
MARTIN as Next Friend of NATALIE MARTIN;
and RICKY RATION, Individually,

                Plaintiffs,

vs.                                                                                     No. 09-CV-00197 WDS/DJS

THE PEP BOYS MANNY MOE AND JACK OF
CALIFORNIA, INC, a California corporation, and
COOPER TIRE AND RUBBER COMPANY,

                Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Joint Motion for Dismissal With Prejudice ("Motion"), the Court, having reviewed the Motion and being otherwise fully advised in the premises,

FINDS as follows:

1.     The Parties have resolved their dispute;

2.     Upon consent of the Parties, the Magistrate Judge appointed Guardians Ad Litem for the claims of the minor children and conducted a fairness hearing in connection with the settlement of the minors' claims;

3.     An Order Approving the Settlement of the minors' claims was entered on May 12, 2010 (Doc. 86);

4.     The Order Approving the Settlement of the minors' claims is appropriate and is

adopted by this Court;

     5.     The Motion is otherwise well-taken and should be granted.

NOW, THEREFORE, IT ORDERED, ADJUDGED AND DECREED that this case and all claims asserted by each of the parties in this case be, and hereby is, dismissed with prejudice, with Plaintiffs and Defendants to bear their own costs and fees.

_____
HONORABLE W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

**APPROVED:**

ROSENFELT & BUFFINGTON, P.A.


By *Electronically Approved 5/28/10*
     Daniel M. Rosenfelt
1803 Carlisle, NE
Albuquerque, NM 87110
     and
B. R.. Kaster
Skip E. Lynch
KASTER & LYNCH, P.A.
P.O. Box 100
Ocala, FL 34478-0100
*ATTORNEYS FOR PLAINTIFFS*


MODRALL, SPERLING, ROEHL,
HARRIS & SISK, P.A.

By */s/ Donald A. DeCandia*
     Donald A. DeCandia
     Brian K. Nichols
P.O. Box 2168
Albuquerque, NM 87103
     and

Steven D. Jansma
Troy Vancil
Fulbright & Jaworski, LLP
300 Convent Street, Suite 2200
San Antonio, TX 78205
*ATTORNEYS FOR DEFENDANTS*
*COOPER AND PEP BOYS*

K:\dox\client\83528\0001\W1255671.RTF